IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LONNIE JOE BURGESS, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| vs. | )    CIVIL NO. 05-0098-JLF |
| | ) |
| JOHN EVANS, | ) |
| | ) |
|     Respondent. | ) |

## JUDGMENT

This action came before the Court for consideration of petitioner's application for writ of habeas corpus. The Court has rendered the following decision:

**IT IS ORDERED AND ADJUDGED** that the petition for writ of habeas corpus is denied and this action is dismissed with prejudice. Judgment is entered in favor of respondent and against petitioner. Petitioner is to take nothing from this action.

Dated: October 11, 2005.

                                        *s/ James L. Foreman*
                                        **DISTRICT JUDGE**